## Michael KOZEMCHAK et al., Appellants,
### v.
## The UKRAINIAN ORTHODOX CHURCH OF AMERICA and the most Reverend Bishop Andrei Kuschak, Ruling Bishop of the Ukrainian Orthodox Church of America, Appellees.

### No. 36, Docket 73-1425.

United States Court of Appeals,
Second Circuit.

Argued Nov. 26, 1973.

Decided Nov. 30, 1973.

John F. Grimes, Staten Island, N. Y. (Connolly, Grimes & Cawse, Staten Island, N. Y., on the brief), for appellants.

William P. McHale, Hempstead, N. Y. (Gehrig, Ritter, Coffey, McHale & McBride, Hempstead, N. Y., on the brief), for appellees.

Before MOORE, HAYS and TIMBERS, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons given in the memorandum of the district court.